**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Tad Segars, Appellant,

v.

Ocean Estate Builders, Inc., Ed Flynn, Individually, David Garcia d/b/a Yinet Plastering, Inc., Advanced Roofing, Inc., Teofilo Lezcano, Individually and d/b/a Advanced Roofing, Inc., a/k/a Yuko Construction, Inc., CMC Construction Company, Inc., and Jaguar Masonry, Defendants,

Of whom CMC Construction Company, Inc. is the Respondent.

Appellate Case No. 2013-002384

―――――――――――

Appeal From Beaufort County
Carmen T. Mullen, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2015-UP-101
Submitted January 1, 2015 – Filed March 4, 2015

―――――――――――

**AFFIRMED**

―――――――――――

Thomas Justin Finn, of Finn Law Firm, PC, of Hilton Head Island, for Appellant.

Paul Eliot Sperry and John Patrick Turner Norris, both of Carlock Copeland & Stair, LLP, of Charleston, for Respondent.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("[A]n issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the [circuit court] to be preserved for appellate review."); *McKissick v. J.F. Cleckley & Co.*, 325 S.C. 327, 344, 479 S.E.2d 67, 75 (Ct. App. 1996) ("The same ground argued on appeal must have been argued to the [circuit court].").

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.